

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00133-CV

| | | |
|---|---|---|
| WAYMON HARTWELL A/K/A SCOTT HARTWELL, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2021-03523) |
| V. | § | March 20, 2025 |
| THE FUNDWORK, LLC AND JORDAN CATTLE AUCTION, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Waymon Hartwell a/k/a Scott Hartwell shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker